## Darryl ALLMOND, Plaintiff–Appellant,

v.

## James DUNNING; Alexandria Sheriff's Department; City of Alexandria; Deputy Cozza; Deputy Winstead; Deputy Mason; Sergeant Eller; Richard R. Ruscak; John Doe; Jane Doe, Defendants–Appellees.

No. 02–2025.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Darryl Allmond, Appellant Pro Se. Christina Elaine Kearney, Shuford, Rubin & Gibney, Richmond, Virginia; George Arthur McAndrews, Office of the City Attorney, Alexandria, Virginia, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Darryl Allmond seeks to appeal the district court's order denying his motion for a temporary restraining order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Allmond seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*